JOHN HARRIS PAER    #1551-0
41 B Kepola Place
Honolulu, Hawaii  96817
Telephone:  (808) 595-7179
Facsimile:  (808) 595-3918
email: paerj001@hawaii.rr.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAWIKA CANTERBURY and POLLY CANTERBURY, | CIVIL NO. 09-00502 ACK-BMK |
| Plaintiffs, | NOTICE OF DISMISSAL WITH PREJUDICE |
| vs. | |
| CENTRAL PORTFOLIO CONTROL, INC. and LVNV FUNDING, LLC., | |
| Defendants. | |

NOTICE OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiffs, by and through their undersigned attorney and, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismiss the above action with prejudice. Defendants have not responded. There are no remaining issues and parties.

DATED: Honolulu, Hawaii, December 11, 2009

JOHN HARRIS PAER
Attorney for Plaintiff